FILED
CHARLOTTE, NC

FEB 28 2024

US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISCELLANEOUS NO. 3:24-mc-20

IN RE: JUDGE ROBERT J. CONRAD, JR. CASE LOAD

**THIS MATTER** is before the Court upon its own motion.

Senior Judge Robert J. Conrad, Jr. has elected to reduce his caseload to 50 percent of that of an active judge in this district effective March 1, 2024. To achieve this with minimal disruption to pending cases, the following is ordered:

Effective March 1, 2024, Senior Judge Conrad will be removed from the random assignment of new criminal indictments and bills of information in the Charlotte division until such time as his criminal cases reach 50 percent of the criminal cases of active judges in the Charlotte division as determined by the Clerk of Court who shall regularly monitor these numbers. Once this threshold is met, Judge Conrad will be returned to the Charlotte criminal case assignment pursuant to the Charlotte case assignment order 3:24mc19.

Effective March 1, 2024, Senior Judge Conrad will be removed from the random assignment of new civil cases in the Charlotte division until such time as his civil cases reach 50 percent of the civil cases of active judges in the Charlotte division as determined by the Clerk of Court who shall regularly monitor these numbers. Once this threshold is met, Judge Conrad will be returned to the Charlotte civil case assignment pursuant to the Charlotte case assignment order 3:24mc19.

**IT IS SO ORDERED** on behalf of this Court this 28 day of February 2024.

Martin Reidinger
Chief U.S. District Court Judge